| AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| Agent: | ☑ Tyrone Booth | Telephone: (313) 810-6654 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Antonio ACEVEDO LUNA

Case No. 26-mj-30205

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 10, 2026 _____ in the county of _____ Washtenaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Tyrone Booth, DHS, ICE ERO
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 17, 2026 _____

City and state: _____ Detroit, MI _____

_____
Judge's signature

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_____
Printed name and title

<u>AFFIDAVIT</u>

I, Tyrone Booth, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with the Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) of the United States of America, having served with ICE as a Deportation Officer since December 29, 2025.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Antonio ACEVEDO LUNA, which reveal the following:

2. ACEVEDO LUNA is a forty-year-old citizen and native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security. ACEVEDO LUNA is known to use the alias names of Antonio Acevedo, Antonio Acevedo Pena and Tony Acebedo.

3. On or about May 31, 2006, ACEVEDO LUNA was arrested by the Orange County Sheriff's Office in Florida and charged with one count of operation of a motor vehicle with an expired license. Disposition unknown.

4. On or about December 12, 2006, ACEVEDO LUNA was arrested by the Seminole County Sheriff's Office in Florida and charged with one count of probation violations. Disposition unknown.

5. On or about May 4, 2012, ACEVEDO LUNA was arrested by the Jacksonville Sheriff's Office in Florida and charged with one count of soliciting prostitution. He was convicted and paid a $10,000 fine.

6. On or about May 5, 2012, ACEVEDO LUNA was encountered at the Duval County Pre-Trial Detention Facility in Florida. He was arrested by Immigration authorities and served with a Notice to Appear in court.

7. On or about June 7, 2012, ACEVEDO LUNA was ordered removed from the United States by an Immigration Judge in Orlando, Florida. He was removed to Mexico on June 26, 2012, through the Miami Port of Entry.

8. On or about September 12, 2012, ACEVEDO LUNA was apprehended by the U.S. Border Patrol in the Arizona Sector. He was processed for reinstatement of his prior removal order and removed to Mexico on September 15, 2012, through the Del Rio, Texas Port of Entry.

9. On or about March 22, 2013, ACEVEDO LUNA was again apprehended by the U.S. Border Patrol in the Arizona Sector. He was processed for reinstatement of his prior removal order and was removed to Mexico on March 23, 2013, through the Calexico, California Port of Entry.

10. On or about April 11, 2013, ACEVEDO LUNA was apprehended by the U.S. Border Patrol in the District of Arizona. He was processed for reinstatement of his prior removal order and removed to Mexico on April 12, 2013, through the Calexico Port of Entry.

11. On or about May 6, 2013, ACEVEDO LUNA was apprehended by the U.S. Border Patrol in the District of Arizona. He was processed for reinstatement of his prior removal order and was removed to Mexico on May 9, 2013, through the Del Rio, Texas Port of Entry.

12. Just days later, on or about May 16, 2013, ACEVEDO LUNA was apprehended by the U.S. Border Patrol in the District of Arizona. He was processed for reinstatement of his prior removal order and was removed to Mexico on May 18, 2013, through the Del Rio, Texas Port of Entry.

13. On or about June 1, 2013, ACEVEDO LUNA was apprehended by the U.S. Border Patrol in the District of Arizona. He was processed for reinstatement of his prior removal order and was removed to Mexico on June 2, 2013, through the Calexico Port of Entry.

14. On or about October 2, 2013, ACEVEDO LUNA was arrested by the Apopka Police Department in Florida and charged with one count of criminal contempt of court. The following day an immigration detainer was placed on ACEVEDO LUNA at the Orange County Jail in Florida.

15. On October 3, 2013, ACEVEDO LUNA was encountered at the Orange County Jail by the ICE ERO Orlando CAP Team. He was processed for reinstatement of his prior removal order and was removed to Mexico on November 26, 2013, through the Brownsville-Matamoros, Texas Port of Entry.

16. On or about October 8, 2013, ACEVEDO LUNA was charged by the Seminole County Sheriff's Office with one count of failure to appear after a written promise to appear.

17. On or about April 10, 2026, ACEVEDO LUNA was arrested by Immigration and Customs Enforcement, Enforcement and Removal Operations officers in Ypsilanti, Michigan during a vehicle stop. Officers positively identified ACEVEDO LUNA as the driver of the vehicle.  ACEVEDO LUNA falsely advised the officers that he had a green card but had forgotten it at his house. Immigration database and system checks indicated that ACEVEDO-LUNA did not have lawful status in the United States.  ACEVEDO LUNA was transported to the Detroit Field Office for processing.

18. After confirming that ACEVEDO LUNA had been previously removed from the United States, his prior order of removal was a reinstated.

19. The aforementioned arrest and subsequent detention was administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225,1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who are reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

20. Review of the alien file (A# XXX XXX 514) for ACEVEDO LUNA and queries in U.S. Border Patrol computer databases confirm no record exists of ACEVEDO LUNA obtaining the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto following his last removal on November 26, 2013.

21. Based on the above information, I believe there is probable cause to conclude that on or about April 10, 2026, in the Eastern District of Michigan, Southern Division, ACEVEDO LUNA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about November 26, 2013, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____

Tyrone Booth, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge